■ EDWARD HADDON, Appellant, v. LOUIS ENGEL et al., Doing Business as LOUIS ENGEL & COMPANY et al., Respondents. LOUIS ENGEL & COMPANY, Third-Party Plaintiff-Appellant, v. ENDURO WATERPROOFING Co., Third-Party Defendant-Respondent.— In an action to recover damages for personal injuries, plaintiff appeals from that portion of a judgment which dismissed the complaint. The third-party plaintiff appeals from that portion of the same judgment which dismissed the third-party complaint. Plaintiff, while performing certain labors from a scaffold, was injured when part of the wall from which the scaffold was suspended collapsed, causing him to fall. Action was brought against the owner of the premises and the general contractor. The general contractor impleaded plaintiff's employer, a subcontractor, as third-party defendant. The complaint and the third-party complaint were dismissed at the end of the plaintiff's case on the authority of *Burnstein* v. *Haas* (298 N. Y. 596). Judgment unanimously affirmed, with one bill of costs to respondents Ruth E. Kennedy and Louis Engel & Company, payable by appellant Haddon. No opinion. Present — Nolan, P. J., Wenzel, Murphy, Ughetta and Hallinan, JJ.

■ FREDERICK C. HEWLETT, Appellant, v. TOWN OF HEMPSTEAD et al., Respondents.— In an action to declare unconstitutional a zoning ordinance insofar as it restricts appellant's property to the uses permitted in a "B Residence District", to declare illegal and arbitrary a denial by the town board on September 15, 1953, of a requested change of zone, and to enjoin respondents from operating an incinerator, the appeal is from a judgment dismissing the complaint on the merits. Judgment unanimously affirmed, with costs. No opinion. Present — Nolan, P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ.

■ In the Matter of the Application of GRUMMAN AIRCRAFT ENGINEERING CORPORATION, Appellant, for an Order Quashing the Subpœnas Issued by THOMAS J. DANOWSKI et al., Constituting the Board of Assessors of the Town of Riverhead, Respondents.— Appeal dismissed. (See *Matter of Grumman Aircraft Eng. Corp.* [*Danowski*], *ante*, p. 953.) Wenzel, Acting P. J., Beldock, Murphy, Ughetta and Kleinfeld, JJ., concur.